UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

### Case Number: 12-21899-CIV-MARTINEZ-WHITE

SALVADOR SANCHEZ,

     Movant,

vs.

UNITED STATES OF AMERICA,

     Respondent.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE WHITE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Movant's motion to vacate pursuant to 28 U.S.C. § 2255 (D.E. No. 1). Magistrate White filed a Report and Recommendation (D.E. No. 10), recommending that this motion to vacate be denied as untimely and that a certificate of appealability not be issued. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ADJUDGED** that United States Magistrate Judge White's Report and Recommendation (D.E. No. 10) is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ADJUDGED** that

1.    Movant's motion to vacate pursuant to 28 U.S.C. § 2255 (D.E. No. 1) is **DENIED** as untimely.

2.    A certificate of appealability is **DENIED**.

3.      This case is **CLOSED,** and all pending motions in this case are **DENIED AS**

**MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 27 day of March, 2013.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge White
All Counsel of Record
Salvador Sanchez

-2-